**IN UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| AYYAD YAQOUB,<br><br>Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC.,<br><br>Defendant. | Case No. 1:26-cv-10717 |

**NOTICE OF MOTION (UNOPPOSED)**

To: James Ristvedt
Mehak Fatima Rizvi
Consumer Justice Law Firm PLC
8095 N. 85th Way
Scottsdale, AZ 85258
jristvedt@consumerjustice.com
mrizvi@consumerjustice.com
*Counsel for Plaintiff*

On Wednesday, September 23, 2026, at 9:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Sara L. Ellis, or any Judge sitting in her stead, in Courtroom 1403 at the Everett McKinely Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and there and then present Defendant LexisNexis Risk Solutions Inc.'s **Unopposed Motion for an Extension of Time to Answer or Otherwise Respond**, a copy of which is hereby served upon you.

/s/ *Stephen D. Lozier*
Stephen D. Lozier
Attorney for LexisNexis Risk Solutions Inc.

Stephen D. Lozier
Troutman Pepper Locke LLP
225 W. Randolph St., Ste. 2600
Chicago, IL 60606
Telephone: (312) 759-3203
Facsimile: (312) 759-1939
Stephen.lozier@troutman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, the foregoing was filed electronically with the Clerk of Court using the CM/ECF, which will send notification of this filing to attorneys of record.

*/s/ Stephen D. Lozier*
Stephen D. Lozier

*Counsel for Defendant*
*LexisNexis Risk Solutions Inc.*